**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6553

P. MARK SHAFER,

Plaintiff - Appellant,

v.

ROBERT HARTMAN, Acting Supervisor C & O Canal NPS; LISA
MENDELSON-IELMINI, Deputy Regional Director - NPS Capital
Region; JOHN DOE, Acting Deputy Regional Director NPS; U.S.
GOVERNMENT, Washington, DC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (8:08-
cv-00577-PJM)

Submitted: September 16, 2008      Decided: September 19, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

P. Mark Shafer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P. Mark Shafer appeals the district court's order dismissing his complaint filed pursuant to 42 U.S.C. §§ 1985, 1986 (2000), and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Shafer v. Hartman, No. 8:08-cv-00577-PJM (D. Md. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2